UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

JAMARA Y. McNEIL-SIMPSON,

          Debtor.
_____/

Case No. 15-56285

Chapter 7

Judge Thomas J. Tucker

DANIEL M. McDERMOTT,
UNITED STATES TRUSTEE,

          Plaintiff,

vs.

JAMARA Y. McNEIL-SIMPSON,

          Defendant.
_____/

Adv. Pro. No. 16-4256

**ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
AND DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT;
AND JUDGMENT DENYING DEBTOR A DISCHARGE
UNDER 11 U.S.C. § 727(a)(4)(A)**

      This adversary proceeding came before the Court for a hearing on October 26, 2016, on the cross-motions of the parties for summary judgment (Docket ## 13, 14). For the reasons stated by the Court on the record during the hearing,

      IT IS ORDERED that:

1. Plaintiff's motion for summary judgment (Docket # 13) is granted.

2. Defendant's motion for summary judgment (Docket # 14) is denied.

3. Summary judgment in entered in favor of Plaintiff Daniel M. McDermott, United States Trustee, and against Defendant Jamara Y. McNeil-Simpson, on Count III of Plaintiff's complaint.[1]

---

[1] Count III is the only remaining count in the Plaintiff's 4-count complaint. Counts I, II, and IV were previously dismissed. (*See* Docket ## 16 (order dismissing Counts II and IV of the complaint), 26 (order dismissing Count I of the complaint).)

4. Defendant Jamara Y. McNeil-Simpson is denied a discharge, based on 11 U.S.C. § 727(a)(4)(A).

    This Judgment concludes this adversary proceeding, which now will be closed.

                                                .

**Signed on October 26, 2016**

                     /s/ Thomas J. Tucker
                     Thomas J. Tucker
                     United States Bankruptcy Judge